**GRIMM, VRANJES, MCCORMICK & GRAHAM LLP**
A. Carl Yaeckel (SBN 89920)
cyaeckel@gvmglaw.com
550 West C Street, Suite 1100
Post Office Box 129012
San Diego, California 92112-9012
Telephone: (619) 231-8802
Fax: (619) 233-6039

Attorneys for Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINGLEY LAND COMPANY, INC., a California corporation; INTERSTATE LAND COMPANY, INC., a California corporation; and INTERSTATE LAND COMPANY, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, a Corporation, a New Hampshire corporation, and Does 1 through 40,<br><br>Defendants.<br>_____ | CASE NO: 1:08-cv-01869-LJO-SMS<br><br>**JOINT SCHEDULING STIPULATION AND ORDER** |

The parties hereto do stipulate and agree as follows:

1. This is an insurance bad faith lawsuit. All causes of action herein pertain to insurance policies issued by Defendants providing Commercial General Liability coverage to Plaintiffs.

2. The allegations herein relate to Defendant's conditional denial of coverage to Plaintiffs in an underlying construction defect lawsuit, *Ramos v. Interstate Land Company, LLC*. This case remains pending in the Superior Court for the County of Kern, State of California.

1

3.   Plaintiffs had filed a second action against Defendants which was also before this court, Case No. 1:09-cv-00148-LJO (SMS), *Bingley Land Company, Inc. v. North American Capacity Insurance Company*.  The allegations in that case were essentially the same as in the present case, except that they were based on NAC's conditional denial of coverage to Plaintiffs in a different underlying construction defect lawsuit, *Zendejas v. Interstate Land Company, Inc., LLC*.

4.   The original Scheduling Conference Order in this case of January 26, 2009, set trial for March 22, 2010.

5.   As a result of the filing of the Complaint and subsequent Scheduling Conference in Case No. 1:09-cv-00148-LJO (SMS), an Amended Scheduling Conference Order was issued May 4, 2009, with a jury trial date of June 7, 2010. Other deadlines were set as part of that Order, including a discovery deadline of February 12, 2010.

6.   Mediations during calendar year 2009 in the *Zendejas* lawsuit resulted in its recent settlement.  As a result of that settlement, the case of *Bingley Land Company, Inc. v. Interstate*, Case No. 1:09-cv-00148-LJO (SMS), was subject to a joint motion to dismiss, and is now fully resolved.

7.   Attempts to mediate the *Ramos* case were delayed, pending mediation of the *Zendejas* case, because both cases involved essentially the same parties, attorneys, and mediator.  It was believed that settlement of *Zendejas* would facilitate settlement of *Ramos*.

8.   The mediation schedule in the case underlying the current lawsuit, *Ramos v. Interstate*, is such that meaningful attempts at global resolution of that case is likely to occur subsequent to the current trial date of June 7, 2010.

9.   Based on consultation with the mediator in *Ramos* case, Mr. Gerald Kurland, counsel for the defendant, A. Carl Yaeckel, Esq., is informed and believes that mediation efforts involving Plaintiffs are scheduled to occur during the time period May through August 2010.

10. The parties believe that meaningful settlement efforts with regard to this case are dependent upon, and should take place as part of, the mediation in the underlying *Ramos* case. This can occur only if a change in the currently scheduled trial date in this action is made by the Court.

11. The parties seek to avoid the cost of completion of discovery in this action, and particularly of expert discovery, while efforts to mediate the *Ramos* case and to settle this case are underway. Plaintiffs herein also may seek to take depositions which will have to occur out-of-state and the parties seek to avoid that cost as well.

12. Therefore, the parties believe good cause exists for continuance of this trial date for a period of months, with continuance of the deadlines for discovery and motions to also be continued accordingly. The parties would propose the following dates, or such other dates as the court deems appropriate:

    Jury Trial Date (estimate six days) - (Old Date June 7, 2010)
        New Date: October 18, 2010.
    Pre-Trial Conference Date - September 21, 2010
    Dispositive Motion Filing Deadline - August 17, 2010
    Non-Dispositive Motion Filing Deadline - July 30, 1010
    Discovery Deadline - July 30, 2010

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

JOINT SCHEDULING STIPULATION AND [PROPOSED] ORDER

IT IS SO STIPULATED.

Dated: January 20, 2010     GRIMM VRANJES McCORMICK & GRAHAM, LLP

By: /s/ A. Carl Yaeckel
A. CARL YAECKEL
Attorneys for Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY

Dated: January 20, 2010     McCARTNEY & ASSOCIATES

By: /s/ N. Thomas McCartney
N. THOMAS McCARTNEY
Attorneys for Plaintiff, BINGLEY LAND COMPANY, INC.; INTERSTATE LAND COMPANY, INC.; and INTERSTATE LAND COMPANY, LLC

## ORDER

GOOD CAUSE APPEARING, the Scheduling Conference Order is amended as follows:

Discovery Deadline:                     July 30, 2010

Non-Dispositive Motion Filing Deadline: July 30, 2010

Dispositive Motion Filing Deadling:     August 17, 2010

Pre-Trial Conference Date:              September 21, 2010 at 8:30 a.m. Before the Honorable Lawrence J. O'Neill, United States District Judge

Jury Trial Date:                        November 1, 2010 at 8:30 a.m. Before the Honorable Lawrence J. O'Neill, United States District Judge

IT IS SO ORDERED.

**Dated:   January 25, 2010         /s/ Lawrence J. O'Neill**

JOINT SCHEDULING STIPULATION AND [PROPOSED] ORDER

UNITED STATES DISTRICT JUDGE

5

JOINT SCHEDULING STIPULATION AND [PROPOSED] ORDER