# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINGLEY LAND COMPANY, INC., a California corporation; INTERSTATE LAND COMPANY, INC., a California corporation; and INTERSTATE LAND COMPANY, LLC, a California limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, a Corporation, a New Hampshire corporation, and Does 1 through 40,<br><br>        Defendants. | CASE NO: 1:08-cv-01869-LJO-SKO<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

IT IS HEREBY ORDERED that the Joint Stipulation for Dismissal regarding the above-matter is hereby granted.

IT IS FURTHER ORDERED that above-captioned matter be, and hereby is, dismissed, with prejudice, pursuant to F.R.C.P. Rule 41 (a)(1).  Each party to bear its own costs, including attorney's fees.

**IT IS SO ORDERED.**

Dated: August 6, 2010                /s/ Lawrence J. O'Neill_____
                                         HONORABLE LAWRENCE J. O'NEILL
                                         United States District Judge